```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02967
    ESTIFANOS A SEYOUM
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
     SSN XXX-XX-7237


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/21/07 and confirmed on 07/20/07.

    2.  The case was converted to Chapter 7 after confirmation, 03/27/2008.

    3.  The Debtor paid a total of $  10612.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   PRIORITY              .00           .00            .00
ECAST SETTLEMENT CORP      UNSECURED         2675.39           .00         300.12
CAPITAL ONE BANK           UNSECURED         1362.43           .00         139.89
DISCOVER BANK              UNSECURED        19554.52           .00        2193.56
DISCOVER BANK              UNSECURED        10796.44           .00        1211.10
WORLD FINANCIAL NETWORK    UNSECURED        NOT FILED          .00            .00
WORLD FINANCIAL NETWORK    UNSECURED        10691.31           .00        1199.32
ECAST SETTLEMENT CORPORA   UNSECURED         4821.90           .00         540.91
FIA CARD SERVICES          UNSECURED        NOT FILED          .00            .00
DESALEGN KASSA             UNSECURED        NOT FILED          .00            .00
WONDIMU ALEMAYE            UNSECURED        NOT FILED          .00            .00
HANNA TESFAYE              UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED         3769.48           .00         422.85
WELLS FARGO CARD SERVICE   UNSECURED        10609.41           .00        1190.14
SEARS                      UNSECURED        NOT FILED          .00            .00
WORLD FINANCIAL NETWORK    SECURED           1500.00           .00         812.94
INTERNAL REVENUE SERVICE   UNSECURED             .00           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          324.70           .00          36.43
          Summary of disbursements:

                       SECURED      PRIORITY    UNSECURED     OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     1500.00           .00     64605.58       .00      66105.58
PRINCIPAL PAID          812.94           .00      7234.32       .00       8047.26
INTEREST PAID              .00           .00          .00       .00            .00
TOTAL PAID              812.94           .00      7234.32       .00       8047.26
The Debtor's attorney, COSTELLO & COSTELLO             , was allowed $    2500.00
and was paid $    1126.00  direct and $    1374.00  through the plan.

The Trustee received $     432.74 .
```

Refunds to the Debtor totaled $   758.00 .

 Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/26/08       /S/
             GLENN STEARNS
             CHAPTER 13 TRUSTEE